UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**KAREN J. VAN INGEN**

V.                                                                    **CIVIL ACTION NO. 14-11672-DJC**

**TUAN HA-NGOC, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated March 18, 2015, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

April 28, 2015                                                       /s/ Lisa M. Hourihan
                                                                              Deputy Clerk