# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN J. VAN INGEN, Derivatively on Behalf of Nominal Defendant AVEO PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> TUAN HA-NGOC, HENRI A. TERMEER, KENNETH M. BATE, ANTHONY B. EVNIN, ROBERT EPSTEIN, RAJU KUCHERLAPATI, ROBERT C. YOUNG, and KENNETH E. WEG, <br><br> Defendants, <br> and <br><br> AVEO PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | Civ. A. No. 1:14-cv-11672-DJC |

## NOTICE OF APPEAL

Notice is hereby given that Karen J. Van Ingen, the plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the First Circuit from the Court's order dismissing the case entered on April 28, 2015 (ECF No. 49) and the Court's order denying plaintiff's motion to vacate dismissal and permit filing of an amended complaint entered on June 29, 2015 (ECF No. 55).

Dated: July 2, 2015     Respectfully submitted,

Sean T. Carnathan (BBO #636889)
*scarnathan@ocmlaw.net*
Joseph P. Calandrelli (BBO #666128)
*jcalandrelli@ocmlaw.net*
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van De Graaff Drive, Suite 104
Burlington, Massachusetts 01803
Tel. 781-359-9000


 s/ Robert I. Harwood
Robert I. Harwood
*rharwood@hfesq.com*
Matthew M. Houston
*mhouston@hfesq.com*
Benjamin I. Sachs-Michaels
*bsachsmichaels@hfesq.com*
Harwood Feffer, LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

*Counsel for the Plaintiff*