# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN J. VAN INGEN, Derivatively on Behalf of Nominal Defendant AVEO PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> TUAN HA-NGOC, HENRI A. TERMEER, KENNETH M. BATE, ANTHONY B. EVNIN, ROBERT EPSTEIN, RAJU KUCHERLAPATI, ROBERT C. YOUNG, and KENNETH E. WEG, <br><br> Defendants, <br> and <br> AVEO PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | Civ. A. No. 1:14-cv-11672-DJC |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

Plaintiff Karen Van Ingen, derivatively on behalf of Aveo Pharmaceuticals, Inc., hereby moves, pursuant to Federal Rule of Civil Procedure 23.1(c) for preliminary approval of proposed settlement agreement. In support of this motion, plaintiff has filed the accompanying Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement Agreement and Declaration of Matthew M. Houston, Esq. and exhibits thereto.

WHEREFORE, for the reasons in the accompanying Memorandum of Law and Declaration in support thereof, plaintiff respectfully requests that the Court:

1) Preliminarily approve the settlement;

2) Approve the form and manner of the Notice; and

3) Schedule a date for the Settlement Hearing to consider final approval of the Settlement and the requested Fee Award.

Dated: August 25, 2016

Respectfully submitted,

Harwood Feffer, LLP

*/s/ Robert I. Harwood*
Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
488 Madison Avenue
New York, NY 10022
Tel. (212) 935-7400
Facsimile: (212) 753-3630

Sean T. Carnathan
Joseph P. Calandrelli
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van De Graaff Drive, Suite 104
Burlington, Massachusetts 01803
Tel. 781-359-9000

*Counsel for Plaintiff*